# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

SIRGREGORY ONEALDEVON THORNTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0697

———————————————

February 6, 2026

Appeal from the Circuit Court for Hillsborough County; Elizabeth Rice, Judge.

Blair Allen, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and LaROSE and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.